Certificate Number: 17082-PAW-DE-038216419

Bankruptcy Case Number: 24-20140



17082-PAW-DE-038216419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 24, 2024, at 6:48 o'clock PM MST, JOSHUA S RIDENOUR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 24, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director