**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joshua S. Ridenour <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8895 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 24–20140–JCM | |

## Order of Discharge                                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Joshua S. Ridenour

<u>4/17/24</u>                                                             **By the court:**   <u>John C Melaragno</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20140-JCM
Joshua S. Ridenour  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: admin  Page 1 of 3
Date Rcvd: Apr 17, 2024  Form ID: 318  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua S. Ridenour, 425 Spruce St., Mount Pleasant, PA 15666-2419 |
| 15676766 | | Comenity - AAA Visa Signature, PO Box 650967, Dallas, TX 75265-0967 |
| 15676769 | | Drive Card, PO Box 70602, Philadelphia, PA 19176-0602 |
| 15676773 | | Goodyear Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 15676774 | | Harbor Freight / SyncB, PO Box 71710, Philadelphia, PA 19176-1710 |
| 15676777 | | NTB Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |
| 15676778 | + | OneMain, 2160 Summit Ridge Plaza, Mount Pleasant, PA 15666-1992 |
| 15676782 | | The Home Depot, PO Box 2153, Birmingham, AL 35287-3025 |
| 15676783 | + | The Home Depot, PO Box 790208, Saint Louis, MO 63179-2000 |
| 15676784 | | Tractor Supply Credit Plan, PO Box 70602, Philadelphia, PA 19176-0602 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BLMSWOPE | Apr 18 2024 03:39:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| smg | | EDI: PENNDEPTREV | Apr 18 2024 03:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2024 23:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 18 2024 03:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2024 23:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15676751 | + | Email/Text: bncnotifications@pheaa.org | Apr 17 2024 23:43:00 | AES, 1200 N. 7th Street, Harrisburg, PA 17102-1419 |
| 15676752 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2024 23:56:03 | Affirm Inc., 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15676753 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 17 2024 23:56:27 | Affirm, Inc., 30 Isabella Street, 4th Floor, Pittsburgh, PA 15212-5862 |
| 15676754 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2024 23:55:37 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 15676755 | | Email/Text: bankruptcydept@applefcu.org | Apr 17 2024 23:44:00 | Apple Federal Credit Union, PO Box 1200, Fairfax, VA 22038-1200 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15676757 | | EDI: BANKAMER | Apr 18 2024 03:39:00 | Bank Of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 15676756 | + | EDI: BANKAMER | Apr 18 2024 03:39:00 | Bank Of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 15676761 | | EDI: CAPITALONE.COM | Apr 18 2024 03:39:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15676758 | | EDI: CAPITALONE.COM | Apr 18 2024 03:39:00 | Capital One Bank, PO Box 71087, Charlotte, NC 28272-1087 |
| 15676759 | | EDI: CAPITALONE.COM | Apr 18 2024 03:39:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15676760 | + | EDI: CAPITALONE.COM | Apr 18 2024 03:39:00 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15676765 | + | Email/Text: bzern@celticbank.com | Apr 17 2024 23:44:00 | Celtic Bank, 268 South State St., Ste 300, Salt Lake City, UT 84111-5314 |
| 15676767 | | EDI: WFNNB.COM | Apr 18 2024 03:39:00 | Comenity - Big Lots Credit Card, PO Box 650967, Dallas, TX 75265-0967 |
| 15676772 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 17 2024 23:43:00 | FNBO, PO Box 2557, Omaha, NE 68103-2557 |
| 15676770 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 17 2024 23:43:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15676771 | ^ | MEBN | Apr 17 2024 23:37:40 | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 15676775 | | EDI: CITICORP | Apr 18 2024 03:39:00 | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 15676763 | | EDI: JPMORGANCHASE | Apr 18 2024 03:39:00 | Cardmember Service, PO Box 15123, Wilmington, DE 19850-5123 |
| 15676764 | | EDI: JPMORGANCHASE | Apr 18 2024 03:39:00 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 15676762 | | EDI: JPMORGANCHASE | Apr 18 2024 03:39:00 | Cardmember Service, PO Box 6294, Carol Stream, IL 60197-6294 |
| 15676768 | | Email/Text: EBN@Mohela.com | Apr 17 2024 23:43:00 | Department Of Education, Mohela, PO Box 790233, Saint Louis, MO 63179-0233 |
| 15676776 | | EDI: CITICORP | Apr 18 2024 03:39:00 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 15676779 | | EDI: SYNC | Apr 18 2024 03:39:00 | Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 15676780 | | EDI: SYNC | Apr 18 2024 03:39:00 | Synchrony Bank/Amazon, PO Box 71711, Philadelphia, PA 19176-1711 |
| 15676781 | | EDI: SYNC | Apr 18 2024 03:39:00 | Synchrony Bank/SR, PO Box 71710, Philadelphia, PA 19176-1710 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| aty | *+ | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 User: admin Page 3 of 3
Date Rcvd: Apr 17, 2024 Form ID: 318 Total Noticed: 38

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David J. Romito | on behalf of Debtor Joshua S. Ridenour romitoesq@verizon.net  romitoesq@comcast.net |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 5